| | |
|---|---|
| STATE OF INDIANA ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| ) SS: | CIVIL DIVISION ROOM ___ |
| COUNTY OF LAKE ) | SITTING AT CROWN POINT, INDIANA |

JEFFERY R. YESSENOW, M.D., f/k/a )
TWG ILLIANA SURGERY AND )
MEDICAL CENTER, INC., a Maryland )
Corporation, )
     Plaintiff, )
)
)
vs. ) CAUSE NO.
)
HILTON M. HUDSON II, M.D., )
individually; and d/b/a HILTON M. ) 45D10081 1PL00162
HUDSON, P.C., an Indiana Professional )
Corporation, and HILTON PUBLISHING, )
INC., and Illinois Corporation; and )
LEROY J. WRIGHT, individually, and )
n/k/a LJW GLOBAL EQUITIES; d/b/a )
WRIGHT CAPITAL PARTNERS, )
LLC., an Illinois Limited Liability )
Corporation; f/k/a WRIGHT GROUP )
INTERNATIONAL HOLDINGS, LLC., )
     Defendants. )

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

To:  Leroy J. Wright                             Wright Capital Global Equities, LLC
       Wright Capital Global Equities, LLC      c/o Harold R. Bickham
       c/o Harold R. Bickham                      Barnes & Thornburg
       Barnes & Thornburg                        11 South Meridian Street
       11 South Meridian Street                 Indianapolis, Indiana 46204-3535
       Indianapolis, Indiana 46204-3535

      **PLEASE TAKE NOTICE** that on 12/10, 2008 at 1:30 a.m./p.m or as soon thereafter as counsel may be heard, at Lake Superior Court, 2293 North Main Street, Crown Point, Indiana, in the Plaintiff, Jeffery R. Yessenow, M.D., will by the complaint and motion previously filed herein on November 21, 2008, move the court to enter a preliminary injunction to enjoin the Defendant from any act whatsoever attempting to take any action to waste, secrete, encumber or sell any assets, property or income and to restrain Defendants from withdrawing funds from any bank, savings and loan association and/or credit unions from personal and business account and assets without Order of this Court and to enter a freeze asset order *instanter* and for all other relief proper.

Respectfully Submitted,

By: _____
Paul A. Rossi, Esq.
Law Office of Paul A. Rossi, LLC
Attorney for Plaintiffs
Attorney I.D. No. 20346-98

## CERTIFICATE OF SERVICE

I certify that on the 2# day of November, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or their attorney of record herein by depositing same in the United States mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

_____
Paul A. Rossi

Paul A. Rossi, Esq.
*Law Office of Paul A. Rossi,*
725 East Commercial Avenue
Lowell, Indiana 46356
Telephone: (219) 690-1200
E-Mail: www.PaulRossi.com
Attorney I.D. No.: 20346-98
J://WinXP/Word/Data/LawOfficeRossi/Client/Yessenow/Litigation/Notices/Motionfor PreliminaryInjunct Hudson 7-8-08