UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JEFFREY R. YESSENOW, M.D., <br> Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | ) CAUSE NO. 2:08-CV- 353 PPS <br> ) |
| HILTON M. HUDSON II, M.D., <br> individually and d/b/a HILTON PUBLISHING, <br> INC., an Illinois Corporation, LEROY J. <br> WRIGHT, individually and n/k/a <br> WRIGHT CAPITAL GLOBAL <br> EQUITIES, LLC, an Illinois Limited <br> Liability Corporation a/k/a LJW <br> GLOBAL EQUITIES d/b/a WRIGHT <br> CAPITAL PARTNERS, LLC, an Illinois <br> Limited Liability Corporation f/k/a <br> WRIGHT GROUP INTERNATIONAL <br> HOLDINGS, LLC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Jeffrey R. Yessenow, through this attorney, pursuant to Federal Rule of Civil Procedure 65(a), hereby move this Court for a Preliminary Injunction freezing Defendants' assets, and states in support as follows

1. Plaintiff filed a Motion for Temporary Restraining Order in Indiana State Court on Novermber 21, 2008.

2. The case was removed to this Court on January 5, 2009.

3. Plaintiff hereby incorporates the Motion for Temporary Restraining Order filed in state court as if plead herein.

4. Upon removal, Plaintiff was ordered to file a Supplemental Memorandum in support of its Motion for Temporary Restraining Order.

1

5. The same order of this Court scheduled a hearing on the Motion for February 27, 2009.

6. Plaintiff filed its Supplemental Memorandum on January 29, 2009.

7. Defendants filed their Response on February 10, 2009.

8. Plaintiff filed its reply on February 17, 2009.

9. As both sides have notice of the Motion for a Temporary Restraining Order and a hearing is scheduled, Plaintiff requests that this Motion be heard at the schedule hearing on February 27, 2009.

WHEREAS, for all the reasons stated in the Motion for Temporary Restraining Order, Memorandum in Support and Reply in Support, Plaintiff hereby requests that the Motion for Preliminary Injunction be granted.

Respectfully Submitted,

  /s/ Paul A. Rossi

Paul A. Rossi
Law Office of Paul A. Rossi, LLC
725 East Commercial Avenue
Lowell, Indiana 46356
Telephone: (219) 690-1200
Attorney for Plaintiff
paulrossi@paulrossilaw.com

## CERTIFICATE OF SERVICE

I certify that on February 17, 2009, the forgoing was electronically filed with the Clerk of the Court using the CM/EMF system which sent notification of such filing to the following:

        Harold R. Bickham
        hbickham@btlaw.com

        Jennifer Westerhaus Adams
        jadams@btlaw.com

        Barnes & Thornburg
        11 South Meridian Street
        Indianapolis, Indiana 46204


          /s/ Paul A. Rossi

        Paul A. Rossi
        Law Office of Paul A. Rossi, LLC
        725 East Commercial Avenue
        Lowell, Indiana 46356
        Telephone: (219) 690-1200
        Attorney for Plaintiff
        paulrossi@paulrossilaw.com