AO187

# *United States District Court*
# *Northern District of Indiana*

**JEFFREY R. YESSENOW, MD.**
V.

**HILTON PUBLISHING, INC.**

**EXHIBIT & WITNESS LIST**
**CASE NUMBER:   2:08 CV 353 PS**

| Presiding Judge: Hon. Philip Simon | Plainitff Counsel: Paul Rossi, Tom Patterson and Kristi Browne | Defendant's Counsel: Harold R. Bickham and Jennifer W. Adams |
|---|---|---|
| Proceeding: Preliminary Injunction Hearing Date: February 27, 2009 | Court Reporter: Sharon Boleck-Mroz | Courtroom Deputy: Noel Collins |

| PLF No. | DEF No. | Date | Offered | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/27/09 | | | **NOTE: Book of Exhibits used - no exhibits were individually admitted - see minute entry for explanation** |
| | | | | | XXXX |
| | " | | | | **HILTON HUDSON, II, MD** |
| | " | | | | **LEROY WRIGHT** |
| | " | | | | **EDWARD ROBBUCK** |
| | " | | | | **ALFRED SHARP** |
| | " | | | | **JEFFREY R. YESSENOW, MD** |
| GG | " | | | | **Deposition of:   NEIL W. FRIBLEY** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages